1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICARDO GAXIOLA-SANCHEZ,                    No.  2:15-cv-0923-MCE-EFB P (TEMP)

12              Petitioner,

13        v.                                     ORDER

14   ERIC HOLDER,

15              Respondent.

16

17        Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2241.  On May 18, 2015, the court issued an order directing service of the

19   petition on respondent.  Respondent was therein ordered to file an answer or a motion to dismiss

20   within 60 days, and petitioner was ordered to file either a traverse or an opposition thereto within

21   30 days thereafter.  ECF No. 5.

22        On July 2, 2015, respondent filed a motion to dismiss the operative habeas petition.  ECF

23   No. 12.  Plaintiff has, to date, failed to file an opposition to the motion to dismiss.  On September

24   9, 2015, after noting that it appeared that petitioner may have been temporarily transferred to

25   another institution while the motion was pending, the court issued an order granting petitioner

26   thirty days to file an opposition.  ECF No. 13 at 2.  More than sixty days have passed since that

27   order was issued, and petitioner has failed to file an opposition or statement of non-opposition.

28   /////

                                                  1

1   The court notes that, on October 2, 2015, petitioner filed a document entitled "Motion to

2   Withdraw," which provided in pertinent part: "Petitioner request that the Court enters an order

3   allowing Petitioner to withdraw his previously filed motion under case no. 2:15-cv-923 DAD."

4   ECF No. 14.  The court is unsure of what petitioner intended by this statement.  The only

5   previously-filed motion that is outstanding is *respondent's* motion to dismiss; petitioner may not

6   request withdrawal of a motion filed by the opposing party.  Petitioner's only options are to file

7   an opposition or a statement of non-opposition to the motion.  Alternately, if petitioner intended

8   to withdraw his petition for writ of habeas corpus in its entirety, he is informed that he may do so

9   by filing a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A).

10   Petitioner will be given one final opportunity to file an opposition to respondent's motion

11   to dismiss.  Plaintiff is advised that Local Rule 230(l) provides in pertinent part:  "Failure of the

12   responding party to file written opposition or to file a statement of no opposition may be deemed

13   a waiver of any opposition to the granting of the motion . . . ."  Further, Local Rule 110 provides

14   that failure to comply with the Local Rules "may be grounds for imposition of any and all

15   sanctions authorized by statute or Rule or within the inherent power of the Court."  Accordingly,

16   petitioner is advised that his failure to comply with this order will result in a recommendation that

17   this action be dismissed.

18   Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order,

19   plaintiff shall file an opposition, if any, to the motion to dismiss.  Failure to file an opposition will

20   be deemed a statement of non-opposition and will result in a recommendation that this action be

21   dismissed pursuant to Federal Rule of Civil Procedure 41(b).

22   DATED:  November 13, 2015.

23

24   EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2